[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BRIAN LISTER
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MCC CHICAGO,
WARDEN

DOCTOR MONAN

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**RECEIVED**

**NOV 04 2019**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Case 1:19-cv-07250
Judge Steven C. Seeger
Mag. Judge Sunil R. Harjani
PC 1

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

X  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: BRIAN LISTER

B.   List all aliases: _____

C.   Prisoner identification number: 51374 424

D.   Place of present confinement: MCC CHICAGO

E.   Address: 71 W. VAN BUREN, CHICAGO, IC

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: MCC WARDEN

Title: WARDEN

Place of Employment: MCC CHICAGO

B.   Defendant: DR MOLJAN

Title: PRISON DOCTOR

Place of Employment: MCC CHICAGO

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ___NONE___

B. Approximate date of filing lawsuit: ___None___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___None___

D. List all defendants: ___NONE___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___None___

F. Name of judge to whom case was assigned: ___None___

G. Basic claim made: ___None___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___None___

I. Approximate date of disposition: ___N/A___

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

MCC CHICAGO, HAS Not TREATED my Existing DIABETES, LEAVING ME At A BORDERLINE Attack CRISIS.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

COMPENSATORY DAMAGES, PROPER CARE

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _28_ day of _October_, 20_19_

_____
(Signature of plaintiff or plaintiffs)

BRIAN  GREGORY  LISTER
(Print name)

513 74 424
(I.D. Number)

MCC  CHICAGO
71 W. VANBUREN, CHICAGO, IL 60605
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]